

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-34,079-02

### EX PARTE CALVIN CHARLES DOBY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 659069-B IN THE 179TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to imprisonment for life. The Fourteenth Court of Appeals affirmed his conviction. *Doby v. State*, No. 14-93-00930-CR (Tex. App.—Houston [14th Dist.] Sept. 14, 1995)(not designated for publication).

On March 27, 2018, the trial court signed findings of fact and conclusions of law finding that Applicant has not proven that he is actually innocent. Conclusion of Law number three erroneously stated that the application is a subsequent application and should be dismissed. This Court does not

adopt that finding, but based on the trial court's other findings of fact and conclusions of law, we deny relief.

Filed: September 12, 2018

Do not publish.